```
Doc# 2011022868
Bk 16112 Pg 532
Received York SS
06/16/2011    11:04AM
Debra L. Anderson
Register of Deeds
```

This space for Recorder's use

| Recording Requested By: | When recorded mail to: |
|---|---|
| **Bank of America** | CoreLogic |
| Prepared By: | 450 E. Boundary St. |
| **Diana DeAvila** | Attn: Release Dept. |
| 888-603-9011 | Chapin, SC 29036 |
| 450 E. Boundary St. | |
| Chapin, SC 29036 | |

(10)

Property Address:
**126 PLEASANT STREET**
Saco, ME 04072
ME0-AM 13805561       6/8/2011

MERS Phone #:

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474** does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-2** whose address is **101 BARCLAY ST - 4W, NEW YORK ,NY 10286** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:     THE LENDING CONNECTION, INC.
Borrower(s):         SUSAN E. BROWN AND BILL P. BROWN AS JOINT TENANTS
Date of Mortgage:    1/4/2007
Original Loan Amount: $178,200.00

Recorded in York County, ME on: **2/5/2007**, book **15077**, page **0529** and instrument number **2007005743**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 6-9-2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _Youda Crain_
**Youda Crain, Assistant Secretary**

State of **California**
County of **Ventura**

On June 9, 2011 before me, **Jennie M. Kogak**, Notary Public, personally appeared **Youda Crain**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: Jennie M. Kogak       (Seal)
My Commission Expires: 10/3/2013

JENNIE M. KOGAK
Commission # 1864075
Notary Public - California
Los Angeles County
My Comm. Expires Oct 3, 2013


EXHIBIT D