After recording, return to:

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2
(Brown 56765)
c/o Doonan, Graves & Longoria LLC
Attention: Reneau Longoria, Esq.
100 Cummings Ctr., Suite 303C
Beverly, MA  01915

## QUITCLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, The Lending Connection, Inc. ("Lender"), is identified as the "Lender" on a certain mortgage executed by Bill P. Brown and Susan E. Brown, and bearing the date of January 4, 2007, securing the property located at 126 Pleasant Street, Saco, in the County of York and State of Maine and recorded February 5, 2007, in the York County Registry of Deeds in Book 15077, Page 529 (hereinafter the "Mortgage");

WHEREAS, Duane Wellhoefer, former Corporate Officer of Lender, has signing authority for Lender, who is now a dissolved California corporation;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment of Mortgage is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage; and

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage;

ACCORDINGLY, Lender hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-2.


EXHIBIT
E

*[Signature page follows]*

# QUITCLAIM ASSIGNMENT OF MORTGAGE

PROPERTY ADDRESS:
126 Pleasant Street, Saco, ME 04072

THE LENDING CONNECTION, INC.

By: _____
Duane Wellhoefer, former Corporate Officer
of The Lending Connection, Inc. (as
authorized pursuant to California
Corporations Code §§ 2010(a) and 2010(c))

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of Orange }

On January 25, 2023 before me, C.P. Palazuelos, Notary Public
(Here insert name and title of the officer)

personally appeared Duane Wellhoefer,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

C.P. PALAZUELOS
COMM...2300810
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 9, 2023

_C.P. Palazuelos_
Notary Public Signature        (Notary Public Seal)

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Quit Assignment of
(Title or description of attached document) Mortgage

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual(s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

www.NotaryClasses.com 800-873-9865

INSTRUCTIONS FOR COMPLETING THIS FORM

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.