STATE OF MAINE                                  DISTRICT COURT
York, ss.                                       Location: Biddeford
                                                CIVIL ACTION
                                                Doc.# BID-FM-10-180

SUSAN BROWN,        )
    Plaintiff       )
                    )
vs.                 )    STIPULATED ORDER BY AGREEMENT
                    )
BILL BROWN,         )
    Defendant       )

The parties were divorced in this court October 29, 2010.
The parties have come to an agreement regarding an amendment to their divorce judgment.
The Plaintiff has deeded to the Defendant her rights to the former marital home located in the City of Saco, County of York and State of Maine more particularly described to a deed to the parties dated December 23, 1992 shown at Book 6379, Page 338 in the York County Registry of Deeds. The deed to the Defendant is recorded in said Registry at Book 16786, Page 619.
Currently the Defendant is obligated to pay the Plaintiff four hundred ($400.00) dollars a month for spousal support. That provision in the divorce decree is eliminated effective July 2, 2014 in exchange for the assumption by the Defendant of the mortgage indebtedness owed on the marital home to Green Tree Financial. The Plaintiff is in receipt of a Release Assignment form from Greentree indicating that she has been released from liability as of July 2, 2014.
Therefore, the parties each release the other from any and all financial liability now or in the future for spousal support and the Defendant assumes full responsibility for the mortgage debt known as Account #822346284 with Green Tree Financial.
Except as amended herein the divorce judgment between the parties remains in full force and affect.

Dated this 16 day of July, 2014.    _____
                                    Maine District Court Judge

Dated this 15 day of July, 2014.    _____
                                    Susan Brown, Plaintiff

Dated this 15 day of July, 2014.    _____
                                    Bill Brown, Defendant

Received & Filed
BIDDEFORD DISTRICT COURT
JUL 16 2014

EXHIBIT G

State of Maine
Cumberland, ss.                                                              July 15, 2014

    Then personally appeared before me the Plaintiff, Susan Brown, and on oath certifies that pursuant to M.R.C.P. 120(b)(1) that she waives hearing on this amendment and further attests that no hearing is necessary.

Before me,

_____
Attorney at Law/~~Notary Public~~
Marsha WEEKS TRAILL
ME BAR Reg # 2509

State of Maine
Cumberland, ss.                                                              July 15, 2014

    Then personally appeared before me the Defendant, Bill Brown and on oath certifies that pursuant to M.R.C.P. 120(b)(1) that he waives hearing on this amendment and further attests that no hearing is necessary.

Before me,

_____
Attorney at Law/~~Notary Public~~
Marsha WEEKS TRAILL
ME BAR Reg # 2509

ENTERED ON THE DOCKET 7-22-14
Copies provided to the parties ___ in hand ✓ mailed
Clerk's Initials _____

cc: Marsha Traill, Esq.
    Bill Brown